FULL NAME: Jaymelle Hinton

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: Sacramento P.O. Box 290066
Represa CA, 95671

PRISON NUMBER (if applicable): T85879

| 2254 | 1983 ✓ |
|---|---|
| FILING FEE PAID | |
| Yes | No ✓ |
| IFP MOTION FILED | |
| Yes ✓ | No |
| COPIES SENT TO | |
| Court ✓ | Pro Se |

FILED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

DEFENDANT(S).

CASE NUMBER **08 CV 1258 IEG CAB**
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Based on the Body of the lawsuit shews three fellow officers which abuse of misconduct varies. Taking un hands, all charges are conducted by harm - no necessary additional lawsuits. piercing all aggravated beatings, so the extent of 500,000 more should be considered. But its too strenuous to sue by additional lawsuits rather by body of one, of altering every aforementioned charge. Defendants Boxer following offers Bennett-Garza contained forces which were commonly heinous. By proper meaning being beat uncared improperly consist of Hatred.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                   Page 1 of 6

continued 1 of 7.

Bias Sadistic demeanoring fully acknowledges trappings of neglect. Without no meaning but by rather hate. Concealing all charges by brutality characterized by offenses naturally builds majority as guilty cunningly if by any chances Defendants be guilty of the same offense my paperwork should be used in Defense for separate charge by other plaintiffs. So in chosing every line may be admonished to show conflicting answers.

Very truly yours
Henry J.

a. Parties to this previous lawsuit:
   Plaintiff  Jaymelle Minton

   Defendants  Officer's Roberts - Bennett, Boxer

b. Court  San Diego Central

c. Docket or case number  _____
d. Name of judge to whom case was assigned  Not yet in process
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised:  misconduct verbal mental abuse Refused supplies Defamation of Character

g. Approximate date of filing lawsuit:  Year of 2009
h. Approximate date of disposition _____

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☑ No

   If your answer is no, explain why not  no library use Denied access under mental Distress emotional Heartache unjustice to extent of Bess nature

3. Is the grievance procedure completed? ☐ Yes  ☑ No

   If your answer is no, explain why not  unable to interpret or understand concept of structural grievance

4. Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  Jaymelle Minton
                                                          (print plaintiff's name)
who presently resides at  Sacramento P.O. Box 290066 Represa CA 95671
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
San Diego RJDCF Roberts Bennett Boxer
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

Page 2 of 6

CV-66 (7/97)

on (date or dates) __misconduct__, __Emotional Distress__ __physical mental anguish__
                              (Claim I)            (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Amendment 1 Congress shall make no Law Respecting an Establishment of Religion or prohibiting the free Exercise thereof or abridging freedom of speech. Amendment 8 The Right of the people peaceably to assemble or of the press or Bail fines punishment and petition the government for a redress grievance. Excessive bail shall not be required nor excessive fines imposed. nor cruel and unusual punishment inflicted. Amendment 9 The enumeration in the constitution of certain Rights shall not be construed nor denied or disparage others retained by the people.
Amendment 10 The judicial power of the United States shall not be construed to extend to any suit in Law or equity commenced or prosecutorial presented against one of the United States citizens or another state or by citizens or subjects of any foreign state. Amendment 19 Equal suffrage the Rights of citizens of the United States to vote shall not be denied or abridged by the United States or by any state account of state.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

In deliverance of a brutal / police misconduct by officers Bennett Roberts - Boxer abused their powers whom California Department of Corrections Rehabilitation under color of state law sworn to abide by governed rules.
1) Bennett upon arrival with Garza bringing breakfast Smashed his Billy club year 2004 Refused to keep me scheduled for periodic groups.
2) Roberts 2005 Handcuffed yelled punched deliriously to almost unconsciousness with another fellow officer name not familiarized.
3) Boxer during and after dinner medication call Tower cop popped open the cell door. Cell watch during brief medical call screamed you better watch out. Suddenly officer punched me vigorously with the intent to harm

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

undoubtedly for extreement cases defendants aware of my mental stability by improper technicality abused powers to befreeny intellectual jokes to harm delude frighten defendant. annually with this misconduct cruel unusual punishment barred any allegiance verifying sole discomfort. With violating governal rules by CDCR our differences were extolled. yet with bias brueking characteristics came to assault. Assaultive battery on a Bipolar inmate whose schizoaffective with panic attacks. with housing in SVSP DMH VACAVILLE shows diagnoses. to be well commonly status'd. with constitutional amendments which are in claim I strongly look for relief. Secondary reasons unconstitutional from offensive brutality dor chambers of RJDCF AD-seg damaged life skills inhibiting myself not to survive physically as well as mentally. In conclusion under merits of related crime's plaintiffs knew aggravated assaults were uncompromised deviant low character with malicious striking. So in all substances it majorly shows poor work ethic with intentions to sly barbaric nature. So in good terminology 500,000 shall be awarded for granted relief.

_____           _____
(Date)                                                          (Signature of Plaintiff)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jaynelle Hinton

FILING FEE PAID: Yes ☐ No ☒
IFP MOTION FILED: Yes ☒ No ☐
COPIES SENT TO: Court ☒ Pro Se ☐

**DEFENDANTS**

Unknown

FILED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jaynelle Hinton
PO Box 290066
Sacramento, CA 95671
T-85879

**ATTORNEYS (IF KNOWN)**

'08 CV 1258 IEG CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   7/10/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Miller