2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ✓ No ____
COPIES SENT TO
Court ✓  Pro Se ____

**FILED**
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jaymelle Hinton
PRISONER/PLAINTIFF,
v.
Officer Bryper, Bennett, Roberts
DEFENDANT(S).

CASE NUMBER
'08 CV 1258 IEG CAB

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES

I, __Jaymelle Hinton__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☑No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   b. State the place of your incarceration __Sacramento P.O. Box 290066 Represa CA, 95671__
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐Yes ☑No
   b. Rent payments, interest or dividends?              ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
   d. Gifts or inheritances?                             ☐Yes ☑No
   e. Any other income (other than listed above)?       ☐Yes ☑No
   f. Loans?                                             ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☑ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __N/A_____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____N/A_____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__Sacramento P.O. Box 290066__         __Represa CA 95671__
           State                                              County (or City)

I, __Jaymelle Hinton__, declare under penalty of perjury that the foregoing is true and correct.

__6/10/08__                                    __Hinton, Jaymelle__
   Date                                          Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_Jaymelle Minton_
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __0.00__ on account at the __Sacramento__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__6/10/08__
Date

_R.C._
Authorized Officer of Institution (Signature)

AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, **Jaymelle Kinten**, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0.00 | $0.00 | $0.00 | $0.00 |
| Self-employment | $0.00 | $0.00 | $0.00 | $0.00 |
| Income from real property (such as rental income) | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 | $0.00 | $0.00 |
| Gifts | $0.00 | $0.00 | $0.00 | $0.00 |
| Alimony | $0.00 | $0.00 | $0.00 | $0.00 |
| Child Support | $0.00 | $0.00 | $0.00 | $0.00 |
| Retirement (such as social security, pensions, annuities, insurance) | $30.00 | $0.00 | $0.00 | $0.00 |
| Disability (such as social security, insurance payments) | $0.00 | $0.00 | $0.00 | $0.00 |
| Unemployment payments | $0.00 | $0.00 | $0.00 | $0.00 |
| Public-assistance (such as welfare) | $0.00 | $0.00 | $0.00 | $0.00 |
| Other (specify): $0.00 | $0.00 | $ | $ | $ |
| Total monthly income: | $30.00 | $ | $ | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ yes ☒ no  Is property insurance included? ☐ yes ☒ no | $ N/A  INCARCERATED | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 7.95 | $ N/A |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: _____ | $ | $ |

Taxes (not deducted from wages or included in mortgage payments) (specify): _____  $ N/A   $ N/A

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ N/A | $ N/A |
| Credit card(s) | $ N/A | $ N/A |
| Department store(s) | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |

| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |

Total monthly expenses:   $ _____   $ _____

Being attached to show monthly 12 month wages, being indigent with no sufficient funds. Gathering this it should be shown that in a 6 month planning 30.60 Dollars were only spent for canteen purchases

page 4 question 9

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ yes ☐ no        If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   yes (no)

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ yes ☑ no

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

no sufficient funds spending unnecessarily. Indigent making no cause to attain or spend on this case. Truest statements shows vamped accounts. Read outs places information to relieve costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __6/10/08_____, 20_08_

___Jaymelle Hunter___
(Signature)

```
REPORT ID: TS3030 .701                                                          REPORT DATE: 05/27/08
                                                                                PAGE NO:         1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CALIF STATE PRISON SACRAMENTO
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU MAY 27, 2008

ACCOUNT NUMBER : T85879                  BED/CELL NUMBER: FA2 1 00000026S
ACCOUNT NAME   : HINTON, JAYMELLE TRAON                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION         COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
        ----  -----------         -------    ---------  --------  -----------  -------
02/01/2008    BEGINNING BALANCE                                                  1.42

02/26 FR01    CANTEEN RETUR 702451                                    0.05-      1.47
03/25*FC01    DRAW-FAC 1    702804ADSG                                1.47       0.00
04/22 FR01    CANTEEN RETUR 703135                                    0.37-      0.37
05/08*DD34    EFT DEPOSIT O MR8582JPAY                 45.00                    45.37
05/27 FC01    DRAW-FAC 1    703555ADSG                                45.00      0.37

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/05/03                        CASE NUMBER: GA045977
COUNTY CODE: LA                                 FINE AMOUNT: $ 5,000.00

DATE    TRANS. DESCRIPTION                         TRANS. AMT.          BALANCE
        ------
02/01/2008     BEGINNING BALANCE                                        4,712.00
05/08/08  DR34 REST DED-EFT DEPOSIT                    50.00-           4,662.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL        CURRENT    HOLDS       TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS  BALANCE    BALANCE     TO BE POSTED
---------     --------    -----------  -------    -------     ------------
  1.42         45.00        46.05        0.37       0.00          0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                                0.37
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:   T85879
   ACCOUNT NAME:   HINTON, JAYMELLE   TRAON
   ACCOUNT TYPE:   I
CURRENT BALANCE:         36.17
   HOLD BALANCE:          0.00
 ENCUM. BALANCE:          0.00
       AVAILABLE:        36.17
PRIVILEGE GROUP:   D
   LAST CANTEEN:   12/18/2007
-------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
  DATE    TRAN    AMOUNT     DESCRIPTION      CHECK NUM   COMMENT       BALANCE
  ------- ----   ---------   -------------    ---------   ----------    -------
 11/13/07 FC01     45.00-  DRAW-FAC 1                     701371ADSG      0.17
 12/07/07 DD34     22.50   EFT DEPOSIT ONL                MR4856JPAY     22.67
 12/12/07 DD30     11.25   CASH DEPOSIT ON                MR4883/ROC     33.92
 12/18/07 FC01     27.00-  DRAW-FAC 1                     701746ADSG      6.92
 01/02/08 DD34     18.00   EFT DEPOSIT ONL                MR4947JPAY     24.92
 01/07/08 DD30     11.25   CASH DEPOSIT ON                MR4980/ROC     36.17
PAGE#      1 OF       7 PAGES
```



CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU DEC. 24, 2007

```
ACCOUNT NUMBER  : T85879                    BED/CELL NUMBER: FA2 1 00000026S
ACCOUNT NAME    : HINTON, JAYMELLE TRAON    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
```

TRUST ACCOUNT ACTIVITY

```
        TRAN
DATE    CODE    DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
----    ----    -----------     -------       ---------   --------    -----------   -------

09/01/2007      BEGINNING BALANCE                                                      0.00
09/17*DD34      EFT DEPOSIT O   MR4992JPAY                 11.25                      11.25
09/19*DD30      CASH DEPOSIT    MR4996/ROC                 11.25                      22.50
09/24  FR01     CANTEEN RETUR   700829                                    0.17-       22.67
11/05*DD34      EFT DEPOSIT O   MR5209JPAY                 22.50                      45.17
11/13  FC01     DRAW-FAC 1      701371ADSG                               45.00         0.17
12/07*DD34      EFT DEPOSIT O   MR4856JPAY                 22.50                      22.67
12/12*DD30      CASH DEPOSIT    MR4883/ROC                 11.25                      33.92
12/18  FC01     DRAW-FAC 1      701746ADSG                               27.00         6.92
```

Handwritten annotations: "This Amount Shown before Dec, 28   u. days after"   "E"

* RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 02/05/03                        CASE NUMBER: GA045977
COUNTY CODE: LA                                 FINE AMOUNT: $  5,000.00
```

Handwritten: "Remaining Sum has discrepancy disappeared"

```
DATE         TRANS.      DESCRIPTION                    TRANS. AMT.    BALANCE
----         ------      -----------                    -----------    -------

09/01/2007   BEGINNING BALANCE                                          4,832.00
09/17/07     DR34        REST DED-EFT DEPOSIT             12.50-        4,819.50
09/19/07     DR30        REST DED-CASH DEPOSIT            12.50-        4,807.00
11/05/07     DR34        REST DED-EFT DEPOSIT             25.00-        4,782.00
12/07/07     DR34        REST DED-EFT DEPOSIT             25.00-        4,757.00
12/12/07     DR30        REST DED-CASH DEPOSIT            12.50-        4,744.50
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

```
BEGINNING      TOTAL       TOTAL         CURRENT     HOLDS       TRANSACTIONS
BALANCE        DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
---------      --------    -----------   -------     -------     ------------
   0.00         78.75         71.83        6.92        0.00          0.00
```

CURRENT
AVAILABLE
BALANCE
---------
6.92

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT   NUMBER:  T85879
   ACCOUNT NAME:   HINTON, JAYMELLE  TRAON
   ACCOUNT TYPE:   I
CURRENT BALANCE:        36.17
   HOLD BALANCE:         0.00
  ENCUM. BALANCE:        0.00
       AVAILABLE:       36.17
 PRIVILEGE GROUP:  D
    LAST CANTEEN:  12/18/2007
----------------------------------- ACCOUNT HOLDS ---------------------------TS210CB
STAT HLD DATE TRANS  AMOUNT      DESCRIPTION      COMMENT     REL DATE REL IN BATCH
---- -------- -----  ----------  ---------------  ----------  -------- ------------
 R   02/27/06  H114         5.00 COPAY FEE, MED.  502589CPAY  03/27/06
 R   07/12/06  H102        32.00 EYEGLASSES HOLD  600075/VIS  10/23/06
 R   09/13/06  DD31        28.00 CHECK DEPOSIT O  MR8416ROC   10/03/06


PAGE#     1 OF     1 PAGES
```

```
   4
  36.17
   6.92
  ─────
  43.09
```